THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WALL, Appellant. [617 NYS2d 688] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment

of Herkimer County Court, Kirk, J.—Burglary, 3rd Degree.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.